UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

_____ DIVISION

CIVIL COMPLAINT

Samuel L Rice                    )
_____          )
_____          )
                                 )
Enter above the full name of Plaintiff or Plaintiffs in this action )
                                 )
vs. Lawyer Adebayo               )   CASE NO. _____
Ogunmeno                         )
And                              )
Prosecuting Attorney             )
Jon K. Lowe                      )
Enter above the full name of Defendant or Defendants in this action )

I. **Parties to this Civil Action**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff Samuel Lee Rice

   Address 6111 E 129th St #703
   Grandview MO. 64030

B. Name of Defendant(s) - Adebayo Ogunmeno
   And prosecuting Attorney
   Jon K. Lowe

II. **Statement of Claim**

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

Failure To Receive Compensation Settlement

1

AND FAIL OF THE CIVAL CASE
ACTIONS

III. **Relief**

State briefly exactly what you want the Court to do for you.

To

Make no legal arguments. Cite no cases or statutes.

IV. **Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes ☑    No ☐

V. **Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

Yes ☑    No ☐

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

The AMOUNT IS 20 MILLION DOLLARS DO TO MY INJURIES AND SUFFERING THAT IS STILL IN PLAY

VI. **Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐    No ☑

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☑    No ☐

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

BROWN AND COPPER LAW FIRM IN SAINT LOUIS MISSOURI I CAN'T REMEMBERS THE OTHER TWO LAWYERS NAME DO TO MY ILLNESS

C. If you answered no, state your reasons why no such efforts have been made.

_____
_____
_____
_____

VII. **Administrative Procedures**

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☑      No ☐

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

Throw Lawyer in Three locations and They Refuested To Take place in The Action
_____
_____

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____
_____
_____
_____

Signed this 30Th day of July, 2015

Samuel L Ree AND
Three Committee Members
Signature of Plaintiff or Plaintiffs